John E. O'Connor, as Surviving Partner of the Firm of Jones & O'Connor, Appellant, *v.* The City of New York et al., Respondents.

*Jones* v. *City of New York,* 60 App. Div. 161, affirmed.
(Argued February 26, 1903; decided March 17, 1903.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 14, 1901, affirming a judgment in favor of defendants entered upon a decision of the court at a Trial Term without a jury.

*James M. Gifford* and *John Mulholland* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: Parker, Ch. J., O'Brien, Bartlett, Martin, Vann, Cullen and Werner, JJ.

---

John R. Young et al., Appellants, *v.* Winfield S. Stone, as Sheriff of Broome County, Respondent.

*Young* v. *Stone,* 61 App. Div. 364, affirmed.
(Argued February 27, 1903; decided March 17, 1903.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 22, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial.

*T. B. Merchant* and *L. M. Merchant* for appellants.

*H. D. Hinman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., O'Brien, Bartlett, Martin, Vann, Cullen and Werner, JJ.